**ERIN J. RADEKIN, SBN 214964**
1001 G Street, Suite 107
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988
Email: erinjradekin@gmail.com

Attorney for Defendant
JOGA JOHAL

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Respondent,<br><br>           v.<br><br>JOGA JOHAL,<br><br>                    Defendant. | CASE NO. 2:97-CR-00323-TLN<br><br>**ORDER RE: DISCLOSURE OF PRESENTENCE INVESTIGATION REPORT** |

## ORDER

Good cause appearing, and for the reasons set forth in the Motion for Disclosure of the Presentence Report filed by present retained counsel, Erin J. Radekin, the defendant's motion for disclosure of the final presentence investigation report and any attached documents issued in this case is GRANTED.  It is hereby ordered that a copy of the final presentence report and any documents attached thereto be provided to Ms. Radekin.

Dated: August 22, 2023

_____
Troy L. Nunley
United States District Judge

1